IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID KOCH, | No. 4:22-CV-01647 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DELANE T. LAWSON and BURGESS TRUCKING COMPANY, INC., | |
| Defendants. | |

## ORDER

APRIL 12, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Partial Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 5) is **GRANTED**; and

2. Counts Two and Four of Plaintiff's Complaint (Doc. 1, Ex. A) are **DISMISSED** without prejudice; and

3. Plaintiff may docket a First Amended Complaint on or before April 26, 2023, should he choose to do so.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge